# SUPREME COURT OF HAWAI'I

**February 23, 2016**

| | | |
|---|---|---|
| SCWC –13– 0000 410 | State v. Parker | Vacated and Remanded |
| SCWC –13– 0003 064 | State v. Moniz | Vacated and Remanded |

**February 25, 2016**

| | | |
|---|---|---|
| SCWC –12– 0000 897 | State v. Kam | Affirmed |
| SCWC –13– 0002 551 | State v. Hayata | Vacated and Remanded |

**February 26, 2016**

| | | |
|---|---|---|
| SCWC –12– 0000 814 | State v. Ling | Vacated and Remanded |
| SCWC –13– 0000 002 | State v. Sailola | Vacated and Remanded |